UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOFTS AT NARROW, LLC, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:21-cv-02445 |
| | : | |
| BOROUGH OF WEST READING, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 28th day of October 2021, upon consideration of Defendant's motion to dismiss the Complaint in this action, *see* ECF No. 6, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.   Defendant's motion to dismiss, *see* ECF No. 6, is **GRANTED**.
2.   The Complaint is **DISMISSED with prejudice**.
3.   This case is closed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge